# MAXIM MAXIMOV, LLP

__ATTORNEYS AT LAW__

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

June 25, 2015

**VIA ECF**
Honorable Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:   Case No. 1:15-cv-00740-JG-VMS**
           **Frankel v. Collection Bureau Hudson Valley, Inc.**

Dear Honorable Magistrate Judge Scanlon:

     I represent the plaintiff in the above referenced matter. On June 19, 2015, I filed an Amended Complaint against Collection Bureau Hudson Valley, Inc. (Docket No. 11). On June 22, 2015, Your Honor ordered the filing of a stipulation or the commencement of motion practice prior to filing an amended complaint, on or before June 26, 2015. Defense counsel, Arthur Sanders, Esq. is out of the country on vacation until June 29, 2015. As such, I am writing to respectfully request a brief extension of time until July 1, 2015 to obtain Mr. Sanders' agreement to stipulate to the filing of an amended complaint. Thank you for Your Honor's time and attention to this matter.

                                Very truly yours,

                                /s/ Maxim Maximov

                                Maxim Maximov, Esq.